NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**NICHOLAS HINDMAN,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

_____

2017-2066

_____

Appeal from the United States Court of Federal Claims in No. 1:16-cv-00257-SGB, Chief Judge Susan G. Braden.

_____

**JUDGMENT**

_____

TIMOTHY A. BRIDGE, Saint Charles, IL, argued for plaintiff-appellant.

JIMMY MCBIRNEY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  April 11, 2018  | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |